UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
IN RE ESCALA GROUP, INC.            :
DERIVATIVE LITIGATION               :
                                    :
                                    :
                                    : Lead Civil Action No. 1:06-cv-03902-AKH
                                    :
                                    : ECF Document
This Document Relates To:           :
                                    :
ALL ACTIONS                         : (Derivative Action)
                                    :
---------------------------------------x

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have entered into a Stipulation of Settlement in the above-captioned action, a copy of which is attached hereto as Exhibit 1.

Dated: September 18, 2008

                                              **ABRAHAM FRUCHTER & TWERSKY LLP**

By: _____
                           Jeffrey S. Abraham (JA-2946)
                           Jack G. Fruchter (JF-8435)
                           Lawrence D. Levit (LL-9507)
                           One Penn Plaza, Suite 2805
                           New York, NY 10119
                           Telephone: (212) 279-5050
                           Facsimile: (212) 279-3655

                           **Plaintiffs' Lead Counsel**

                           THE LAW OFFICES OF THOMAS G. AMON
                           Thomas G. Amon (TGA-1515)
                           500 Fifth Avenue; Suite 1650
                           New York, NY 10110
                           Telephone: (212) 810-2430
                           Facsimile: (212) 810-2427

ROBBINS UMEDA & FINK, LLP
Brian J. Robbins
Marc M. Umeda
Shane P. Sanders
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiffs